**EXHIBIT B - 1**

Contact CCBill | Help
Report a Bug | Bug Fixes
Version: βeta **Use Classic**

**lbpi2004** Flava Works, Inc     **Client Account**
**Last Sign In:**
July 23rd, 2012 08:35     906670   All

Quicklinks...

**Home**    **Account Info**    **Reports**    **WMS**    **Legacy Affiliate**    **Education & Marketing**

**Lookup Customer(s) From**

[← Back] [→]    **Search Results**

Credit/Check

Days to Look Back

| Subscription ID | Site | Date | Active | First Name | Last Name |
|---|---|---|---|---|---|
| 0106314501000058368 | http://www.cocodorm.com | 2006-11-10 16:54:13 | N | Frank | Rossi |
| 0106345101000067485 | http://www.papicock.com | 2006-12-11 18:53:54 | N | Frank | Rossi |
| 0107202601000005397 | http://www.papicock.com | 2007-07-21 01:27:38 | N | Frank | Rossi |
| 0107270401000059909 | http://www.cocodorm.com | 2007-09-27 18:18:44 | N | Frank | Rossi |

**Client Information**
Account     **906670**
Subaccount
All
Affiliate

**Payment Information**
Subscription

Credit Card Number

Bank Routing Number

Bank Account Number

**User Information**
First Name    fRANK
Last Name    Rossi
Zip code
Email
Username

**EXHIBIT B - 2**





Help | *Live Chat*





EXHIBIT B - 3

## Details for Subscription 0107202601000005397

**Client Information:**
Account: 906670-0008
Site: PapiCock - All Sexy Latin Men
URL: http://www.papicock.com

**Signup Information:**
Time: 2007-07-21 01:27:38 AM
Email: rossif@yahoo.ocm
IP Address: 68.174.147.119
Phone: N/A

**Subscription Information:**
Inactive Customer
Credit card (MASTERCARD- BIN#542418)

$4.95(USD) for 00004 days followed by $14.95(USD) every 30 days.

Member Since:   2007-07-21
Expires:        Expired
Expired:        2010-10-07 11:59:59 PM
Cancel Date:    2010-09-15 06:25:56 PM
Cancel Reason:  Satisfied Customer
Affiliate:      960175

**Customer Information:**
Frank Rossi
150 W. 56th St. - Apt. 4505
New York, NY 10019
United States

User: rossif
Pass: djiadjia                Re-add User

Test Password

AVS: Exact match: address and 5 digit postal code
CVV2: Match
Stat: R
Retries: 0

**Transactions:**

| | | |
|---|---|---|
| initial | 0107202601000005397 on 2007-07-21 for $4.95() | Too old to refund |
| rebill | 0107206301000006808 on 2007-07-25 for $14.95() | Too old to refund |
| rebill | 0107236501000006591 on 2007-08-24 for $14.95() | Too old to refund |
| rebill | 0107266701000006958 on 2007-09-23 for $14.95() | Too old to refund |
| rebill | 0107296201000006003 on 2007-10-23 for $14.95() | Too old to refund |
| rebill | 0107326401000006491 on 2007-11-22 for $12.95() | Too old to refund |
| rebill | 0107356601000006898 on 2007-12-22 for $12.95() | Too old to refund |
| rebill | 0108021101000004298 on 2008-01-21 for $12.95() | Too old to refund |
| rebill | 0108051301000004189 on 2008-02-20 for $12.95() | Too old to refund |
| rebill | 0108081501000003929 on 2008-03-21 for $12.95(USD) | Too old to refund |
| rebill | 0108111701000003978 on 2008-04-20 for $12.95(USD) | Too old to refund |
| rebill | 0108141201000004973 on 2008-05-20 for $12.95(USD) | Too old to refund |
| rebill | 0108171401000003756 on 2008-06-19 for $12.95(USD) | Too old to refund |
| rebill | 0108201601000004151 on 2008-07-19 for $12.95(USD) | Too old to refund |
| rebill | 0108231101000003971 on 2008-08-18 for $12.95(USD) | Too old to refund |
| rebill | 0108261301000003936 on 2008-09-17 for $12.95(USD) | Too old to refund |
| rebill | 0108291501000003826 on 2008-10-17 for $12.95(USD) | Too old to refund |
| rebill | 0108321701000003956 on 2008-11-16 for $12.95(USD) | Too old to refund |
| rebill | 0108351201000004098 on 2008-12-16 for $12.95(USD) | Too old to refund |
| rebill | 0109015401000004002 on 2009-01-15 for $12.95(USD) | Too old to refund |
| rebill | 0109045601000004185 on 2009-02-14 for $12.95(USD) | Too old to refund |
| rebill | 0109075101000003687 on 2009-03-16 for $12.95(USD) | Too old to refund |
| rebill | 0109105301000004542 on 2009-04-15 for $12.95(USD) | Too old to refund |
| rebill | 0109135501000003261 on 2009-05-15 for $12.95(USD) | Too old to refund |
| rebill | 0109165701000005621 on 2009-06-14 for $12.95(USD) | Too old to refund |
| rebill | 0109195201000005373 on 2009-07-14 for $12.95(USD) | Too old to refund |
| rebill | 0109225401000004941 on 2009-08-13 for $12.95(USD) | Too old to refund |
| rebill | 0109255601000004913 on 2009-09-12 for $12.95(USD) | Too old to refund |
| rebill | 0109285101000004624 on 2009-10-12 for $12.95(USD) | Too old to refund |
| rebill | 0109315301000003419 on 2009-11-11 for $12.95(USD) | Too old to refund |
| rebill | 0109345501000004076 on 2009-12-11 for $12.95(USD) | Too old to refund |
| rebill | 0110010701000004022 on 2010-01-10 for $12.95(USD) | Too old to refund |
| rebill | 0110040201000002877 on 2010-02-09 for $12.95(USD) | Too old to refund |
| rebill | 0110070401000003548 on 2010-03-11 for $12.95(USD) | Too old to refund |
| rebill | 0110100601000003472 on 2010-04-10 for $12.95(USD) | Too old to refund |
| rebill | 0110130101000003465 on 2010-05-10 for $12.95(USD) | Too old to refund |

Case: 1:12-cv-01885 Document #: 13-3 Filed: 08/15/12 Page 4 of 7 PageID #:154

EXHIBIT B - 4

| | | |
|---|---|---|
| *rebill* | 0110160301000002844 on 2010-06-09 for $12.95(USD) | Too old to refund |
| *rebill* | 0110190501000002690 on 2010-07-09 for $12.95(USD) | Too old to refund |
| *rebill* | 0110220701000002629 on 2010-08-08 for $12.95(USD) | Too old to refund |
| *rebill* | 0110250201000002647 on 2010-09-07 for $12.95(USD) | Refund Transaction |

Case: 1:12-cv-01885 Document #: 13-3 Filed: 08/15/12 Page 5 of 7 PageID #:155

**EXHIBIT B - 5**




Help | **Live Chat**

## Details for Subscription 0106345101000067485

**Client Information:**
Account: 906670-0008
Site: PapiCock - All Sexy Latin Men
URL: http://www.papicock.com

**Signup Information:**
Time: 2006-12-11 06:53:54 PM
Email: rossif@yahoo.com
IP Address: 68.174.147.119
Phone: N/A

**Subscription Information:**
**Inactive Customer**
Credit card (MASTERCARD- BIN#542418)

$4.95(USD) for 00004 days followed by $14.95(USD) every 30 days.

Member Since:  2006-12-11
Expires:  Expired
Expired:  2006-12-15 11:59:59 PM
Cancel Date:  2006-12-13 07:35:17 PM
Cancel Reason: Satisfied Customer
Affiliate:

**Customer Information:**
Frank Rossi
150 W. 56th St. - Apt. 4505
New York, NY 10019
United States

User: rossif
Pass: djiadjia
Re-add User

Test Password

AVS: Exact match: address and 5 digit postal code
CVV2: Match
Stat: R
Retries: 0

**Transactions:**
*initial*  0106345101000067485 on 2006-12-11 for $4.95()  Too old to refund

Case: 1:12-cv-01885 Document #: 13-3 Filed: 08/15/12 Page 6 of 7 PageID #:156

**EXHIBIT B - 6**



Help | **Live Chat**

## Details for Subscription 0106314501000058368 

**Client Information:**
Account: 906670-0004
Site: Black & Latino Boys LIVE 24/7
URL: http://www.cocodorm.com

**Signup Information:**
Time: 2006-11-10 04:54:13 PM
Email: rossif@yahoo.com
IP Address: 68.174.147.119
Phone: 212-957-0234

**Subscription Information:**
**Inactive Customer**
Credit card (MASTERCARD- BIN#542418)

$4.95(USD) for 00002 days followed by $34.95(USD) every 30 days.

Member Since:　2006-11-10
**Expires:**　　　**Expired**
**Expired:**　　　**2006-11-12 11:59:59 PM**
Cancel Date:　　2006-11-10 05:06:11 PM
Cancel Reason: Satisfied Customer
Affiliate:　　　960175

**Customer Information:**
Frank Rossi
150 W. 56th St. - Apt. 4505
New York, NY 10019
United States

User: rossif
Pass: djiadjia　　　Re-add User

Test Password

AVS: Exact match: address and 5 digit postal code
CVV2: Match
Stat: R
Retries: 0

**Transactions:**
*initial*　　0106314501000058368 on 2006-11-10 for $4.95()　　Too old to refund

Case: 1:12-cv-01885 Document #: 13-3 Filed: 08/15/12 Page 7 of 7 PageID #:157

**EXHIBIT B - 7**



Help | **Live Chat**

### Details for Subscription 0107270401000059909

**Client Information:**
Account: 906670-0004
Site: Black & Latino Boys LIVE 24/7
URL: http://www.cocodorm.com

**Signup Information:**
Time: 2007-09-27 06:18:44 PM
Email: rossif@yahoo.com
IP Address: 68.174.147.119
Phone: 212-957-0234

**Subscription Information:**
**Inactive Customer**
Credit card (MASTERCARD- BIN#542418)

$4.95(USD) for 00002 days followed by $29.95(USD) every 30 days.

Member Since:   2007-09-27
**Expires:         Expired**
**Expired:        2007-10-29 11:59:59 PM**
Cancel Date:    2007-09-30 09:54:59 AM
Cancel Reason: Satisfied Customer
Affiliate:          960175

**Customer Information:**
Frank Rossi
150 W. 56th St. - Apt. 4505
New Yorj, NY 10019
United States

User: rossif
Pass: djiadjia              Re-add User

Test Password

AVS: Exact match: address and 5 digit postal code
CVV2: Match
Stat: R
Retries: 0

**Transactions:**
| | | |
|---|---|---|
| *initial* | 0107270401000059909 on 2007-09-27 for $4.95() | Too old to refund |
| *rebill*  | 0107272601000068500 on 2007-09-29 for $29.95() | Too old to refund |