# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Flava Works, Inc., )
)
                Plaintiff, )     Case No.  1:12-cv-01885
)
)
v. )
)
Frank Rossi, )
)
Defendant. )

## AFFIDAVIT OF PHILLIP BLEICHER

I, Phillip Bleicher, having been duly sworn, attests as follows:

1.      I am a resident of Illinois and, if called as a witness, I can attest to the following:

2.      I am the CEO of Flava Works, Inc.

3.      Plaintiff is incorporated under the laws of the State of Florida with its principal places of business at 2610 N. Miami Ave., Miami, Florida 33127 and at 933 W. Irving Park Rd., Ste. C, Chicago, Illinois 60613.

4.      I work at 933 W. Irving Park Rd., Ste. C, Chicago, Illinois 60613 and reside in the same building but in Ste D.

5.      The videos are filmed in the Florida location.

6.      However, post production work and edits are performed in the Illinois location. All of Flava Works, Inc.'s professional staff is located in the Chicago, Illinois offices.

7.      The professional staff work out of the offices located at 933 W. Irving Park Rd., Ste. C, Chicago, Illinois 60613.

8.      The web hosting company, Steadfast, that provides hosting services to Flava Works, Inc.'s websites are located in Illinois.

9.      The computer servers that host the Flava Works, Inc.'s paid members websites are physically located in Chicago, Illinois.

10.     Based on my review of Flava Works, Inc.'s records, Defendant, Frank Rossi, joined two sites--PapiCock.com and CocoDorm.com—two times for each site.  Defendant was a member of Flava Works, Inc.'s website, Papicock.com, for several years.

11.     Defendant would have been required to agree on at least four occasions or more to Flava Works, Inc.'s terms and conditions.  He would have been required to agree to the terms at least once a year for Papicock.com.

12.     Defendant would not have been able to access to member sites unless he had agreed to the terms and conditions of Flava Works, Inc. by clicking on "I Agree".


FURTHER AFFIANT SAYETH NOT.

I, Phillip G. Bleicher, declare under penalty of perjury under the laws of the United States of America that the foregoing answers to interrogatories are  true and correct, pursuant to Title 28, Section 1746.


Executed on  August 15, 2012


Meanith Huon
PO Box 441
Chicago, Illinois 60690
Phone: (312) 405-2789
E-mail: huon.meanith@gmail.com
IL ARDC. No.: 6230996