CORP/LLC – File Detail Report

www.ilsos.gov/corporatellc/CorporateLlcController





## CORPORATION FILE DETAIL REPORT

| | | | |
|---|---|---|---|
| **Entity Name** | FLAVA WORKS, INC. | **File Number** | 67051416 |
| **Status** | ACTIVE | | |
| **Entity Type** | CORPORATION | **Type of Corp** | FOREIGN BCA |
| **Qualification Date (Foreign)** | 04/05/2010 | **State** | FLORIDA |
| **Agent Name** | PHILLIP BLEICHER | **Agent Change Date** | 05/18/2011 |
| **Agent Street Address** | 933 W IRVING PARK RD APT C | **President Name & Address** | PHILLIP BLEICHER 2610 NORTH MIAMI AVE MIAMI FL 33127 |
| **Agent City** | CHICAGO | **Secretary Name & Address** | PHILLIP BLEICHER SAME |
| **Agent Zip** | 60613 | **Duration Date** | PERPETUAL |
| **Annual Report Filing Date** | 07/17/2012 | **For Year** | 2012 |

Return to the Search Screen

**Purchase Certificate of Good Standing**
(One Certificate per Transaction)

BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE

August 14, 2012