# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan H. Lefkow | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 12 C 1885 | **DATE** | 3/29/2013 |
| **CASE TITLE** | Flava Works, Inc. vs. Frank Rossi | | |

**DOCKET ENTRY TEXT**

Enter Memorandum Opinion and Order. For the reasons stated in the Memorandum Opinion and Order, defendant Frank Rossi's amended motion to dismiss for lack of personal jurisdiction and improper venue [9] is denied. Rossi is directed to answer the complaint by April 19, 2013. The parties are directed to appear for a scheduling conference on April 30, 2013 at 8:30 a.m.

■ [ For further detail see separate order(s).]    Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | MD |
|---|---|---|