**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Flava Works, Inc., ) | |
| ) | |
| Plaintiff, ) | Case No. 1:12-cv-01885 |
| ) | |
| v. ) | |
| ) | Hon. Judge Joan H. Lefkow |
| Frank Rossi, ) | |
| ) | |
| Defendant. ) | |

**MOTION TO WITHDRAW AS ATTORNEY**

NOW COMES the undersigned attorneys of record for Defendant, Frank Rossi, and prays this Court to enter its order granting the undersigned attorneys leave to withdraw as counsel. As grounds for the withdrawal the undersigned attorneys' state:

1. Circumstances have arisen which make it difficult for the undersigned attorneys to continue in the representation of the defendant.

2. Due to these circumstances which have arisen between the undersigned attorneys and their client, the undersigned attorneys will be unable to effectively and properly continue representing the defendant herein.

WHEREFORE, upon hearing hereof, the undersigned prays that this Court enter its order allowing withdrawal herein.

/s/ Daliah Saper
/s/ Chris McElwain
Attorney for Defendants

Dated: August 8, 2013

Daliah Saper, Esq.
Saper Law Offices, LLC
505 N. LaSalle, Suite 350
Chicago, Illnois 60654
(312) 527-4100
IL ARDC No.: 6283932
dsaper@saperlaw.com