# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Flava Works, Inc

        Plaintiff,

v.                Case No.: 1:12–cv–01885
                Honorable Andrea R. Wood

Frank Rossi

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 3, 2014:

  MINUTE entry before the Honorable Andrea R. Wood: The parties having filed a stipulation and agreed order of dismissal pursuant to FRCP 41(a)(1) [68], this case is dismissed without prejudice with leave to reinstate on or before 8/18/2014. In the event a motion to reinstate is not filed before 8/18/2014, the case shall be deemed dismissed with prejudice without further order of the Court. Each party shall bear its own attorney's fees and costs. Civil case terminated. Mailed notice(ac, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.